UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GENTLE THOMAS, JR., ) | |
| ) | |
|    *Plaintiff*, ) | |
| ) | 1:21-cv-02719-JMS-MG |
|    *vs.* ) | |
| ) | |
| CAROLINA CARGO TRANSPORT, ) | |
| ) | |
|    *Defendant.* ) | |

**ORDER TRANSFERRING ACTION TO THE
NORTHERN DISTRICT OF INDIANA, HAMMOND DIVISION**

Plaintiff Gentle Thomas, Jr. filed a Complaint alleging that he was injured in a car accident caused by Defendant's employee. [Filing No. 1.] Based on Mr. Thomas's allegations, a substantial part of the events or omissions giving rise to his claims occurred in Lafayette, Tippecanoe County, Indiana, which is in the Northern District of Indiana. The Hammond Division of the Northern District of Indiana includes Tippecanoe County, Indiana. 28 U.S.C. § 94.

In relation to proper venue, 28 U.S.C. § 1391(b) provides that

A civil action may be brought in--

**(1)** a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located;

**(2)** a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or

**(3)** if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

Another statute, 28 U.S.C. § 1404, provides: "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought."

Based on the foregoing, because the car accident which is the subject of this lawsuit took place in the Northern District of Indiana, the Clerk is **DIRECTED** to **TRANSER** this action to the United States District Court for the Northern District of Indiana, Hammond Division.

Date: 10/28/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via United States Mail to:**

Gentle Thomas, Jr.
Lake County Jail
2293 North Main Street
Crown Point, IN 46307