UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

GENTLE THOMAS, JR.,

   Plaintiff,

   v.                                              CAUSE NO. 2:21-CV-339-TLS-JEM

CAROLINA CARGO TRANSPORT,

   Defendant.

**ORDER**

Gentle Thomas, Jr., a prisoner without a lawyer, filed this lawsuit, but did not pay the filing fee. *See* ECF No. 1. He was granted until December 20, 2021, to resolve his filing fee status and cautioned the case could be dismissed without further notice if he did not respond. *See* Nov. 15, 2021 Order, ECF No. 6. The deadline has passed, and the Plaintiff did not respond. Therefore, the case will be dismissed, and because the Plaintiff filed it while he was in jail, he must pay the filing fee as required by 28 U.S.C. § 1915(b).

For these reasons, the Court:

(1) DISMISSES this case WITHOUT PREJUDICE;

(2) ORDERS the Plaintiff, **Gentle Thomas, Jr., IDOC # 267721, Lake County Jail # Unknown,** to pay (and the facility having custody to automatically remit) to the clerk 20% of the money received for each calendar month during which $10.00 or more is received, until the $402.00 filing fee is paid in full;

(3) DIRECTS the clerk to create a ledger for receipt of these funds; and

(4) DIRECTS the clerk to send a copy of this order to each facility where the plaintiff is housed until the filing fee has been paid in full.

SO ORDERED on January 7, 2022.

                                            s/ Theresa L. Springmann
                                            JUDGE THERESA L. SPRINGMANN
                                            UNITED STATES DISTRICT COURT